# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 14, 2014

Christopher Lyle McIlwain
Hubbard Wiggins McIlwain & Brakefield, PC
808 LURLEEN WALLACE BLVD N
PO BOX 2427
TUSCALOOSA, AL 35403-2427

Appeal Number: 14-10074-EE
Case Style: Fleetwood Trucking Company, In v. Director, OWCP
Agency Docket Number: BRB-2012-0559-BLA

The appendix filed by you in the referenced appeal is deficient because it does not include the following items from the record as required by 11th Cir. R. 30-1:

Index and/or indexing tabs

One copy of your appendix will be filed, subject to receipt of two(2) copies of corrected appendices within **FOURTEEN (14) DAYS** from this date.

If you intend to make the corrections to the existing appendix, you may contact the clerk's office to make arrangements for their return. You may, instead, submit a new appendix that includes the necessary corrections. HOWEVER, DO NOT AMEND THE ORIGINAL CERTIFICATE OF SERVICE DATE.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Gordon Fields
Phone #: (404) 335-6226